## Harriet L. Rheingold, Plaintiff-Appellee, v. Joseph C. Rheingold, Defendant-Appellant.

### Gen. No. 10,823.

Second District.

April 6, 1955.

Released for publication April 26, 1955.

Maynard & Maynard, for defendant-appellant; Alex Elson, and Knight, Haye & Keegan, for plaintiff-appellee. Opinion by JUSTICE DOVE. Not to be published in full.